IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVERETT WAYNE COPELIN, III | No. **2-22CR0114-Z** |

INDICTMENT

The Grand Jury Charges:

FILED
OCT 27 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Count One
Threatening a Federal Officer
(Violation of 18 U.S.C. §§ 115(a)(1)(B), 115(b)(4))

From on or about September 7, 2022, and continuing to on or about September 27, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did threaten to assault and murder agents of the Federal Bureau of Investigation with intent to impede, intimidate, and interfere with said agents while they were engaged in the performance of their official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B), 115(b)(4).

<u>Count Two</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about September 25, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a post on Gab.com containing a threat to injure the person of another, that is, defendant threatened: "Anybody with a BETO sticker or sign in Texas is getting it and I'll hang you on a light pole at dusk."

In violation of Title 18, United States Code, Section 875(c).

<u>Count Three</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about September 14, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a post on Gab.com containing a threat to injure the person of another, that is, defendant threatened "Mexicans and their kids . . . I'll shoot em in the neck just the same . . . ."

In violation of Title 18, United States Code, Section 875(c).

<u>Count Four</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about September 8, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a post on Gab.com containing a threat to injure the person of another, that is, defendant threatened to "go down to the border personally today and start shooting invaders with joy and honor . . . ."

In violation of Title 18, United States Code, Section 875(c).

<u>Count Five</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about September 5, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a post on Gab.com containing a threat to injure the person of another, that is, defendant threatened: "[expletive] the police! They'll shoot anybody and so will I! Drop dead [expletive]! Four shots to the neck and one [sic] of the eyeball for you!"

In violation of Title 18, United States Code, Section 875(c).

Count Six
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about August 22, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a post on Gab.com containing a threat to injure the person of another, that is, defendant threatened: "The FEDS Know what's going to happen and that's why they are arming all these IRS agents, but I'm gonna kill these [expletive] and blow their [expletive] up!"

In violation of Title 18, United States Code, Section 875(c).

**Everett Wayne Copelin, III**
Indictment – Page 6

<u>Count Seven</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about August 10, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Everett Wayne Copelin, III**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a post on Gab.com containing a threat to injure the person of another, that is, defendant threatened "Jews, masons, Feds . . . . You're going to die."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_[signature]_
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_[signature]_

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:      jeffrey.haag@usdoj.gov

**Everett Wayne Copelin, III**
**Indictment – Page 7**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

EVERETT WAYNE COPELIN, III

INDICTMENT

| | |
|---|---|
| COUNT 1: | THREATENING A FEDERAL OFFICER<br>Title 18, United States Code, Sections 115(a)(1)(B), 115(b)(4). |
| COUNTS 2-7: | INTERSTATE THREATENING COMMUNICATIONS<br>Title 18, United States Code, Section 875(c). |

A true bill rendered:

Amarillo                                                                _Brylee Daniel_ Foreperson

Filed in open court this __27th__ day of __October__, A.D. 2022.
DEFENDANT IN FEDERAL CUSTODY
Complaint #2:22-MJ-179 filed 09/26/22.

_JoeAnn Reno_
UNITED STATES MAGISTRATE JUDGE

**Everett Wayne Copelin, III**
**Indictment – Page 8**